IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEOSHE JENKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMUNITY HUMAN SERVICES CORPORATION**,<br><br>Defendant. | No. 2:21-cv-001174-ccw |

**STIPULATION OF DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)**

The parties in the above-captioned matter, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

/s/Nelson Berardinelli
Nelson Berardinelli
Mart Harris
The Trial Law Firm, LLC
The Pittsburgher
428 Forbes Avenue, Suite 1700
Pittsburgh Pennsylvania 15219
(412)588-0930
*Attorney for Plaintiff*

<u>/s/Stephanie Gantman Kaplan</u>
Stephanie Gantman Kaplan
Richard Weibley
Oliver Katz
Blank Rome LLP
501 Grant St., Suite 850
Pittsburgh, PA 15219
(412)932-2800
*Attorney for Defendant*
